Argued April 24, affirmed May 1, 1978

## STATE OF OREGON, *Respondent,*
### *v.*
## DEAN WELLINGTON HOYT, *Appellant.*
### (No. 77-12526, CA 9760)

577 P2d 545

Jack Billings, Eugene, argued the cause for appellant. On the brief were James C. Jagger and Diment, Jagger & Billings, Eugene.

James C. Rhodes, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *State v. Krummacher,* 269 Or 125, 523 P2d 1009 (1974); *State v. Smith,* 31 Or App 321, 570 P2d 409 (1977); *State v. Brown,* 5 or App 412, 485 P2d 444 (1971).